IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>REX ANYANWU,<br>    Defendant. | CRIMINAL FILE NO.<br>1:12-CR-190-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 70] of the Magistrate Judge recommending that the Defendant's Motion to Suppress [Doc. 46] be granted. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 46] is GRANTED.

SO ORDERED, this 11 day of April, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge