IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL FILE NO. 1:12-CR-190-TWT |
| REX ANYANWU, | |
| Defendant. | |

## ORDER

This is a criminal action in which the Defendant is charged with immigration and document fraud. It is before the Court on the Report and Recommendation [Doc. 77] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 51]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 51] is DENIED.

SO ORDERED, this 28 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge